EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| Para añadir un inciso G a la Regla 12 de las Reglas para La Administración del Tribunal de Primera Instancia de Puerto Rico de 30 de junio de 1999 | 2000 TSPR 89 |
|---|---|

Número: ER-2000-02

Fecha: 16/junio/2000

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO**Error! Bookmark not defined.**

Para añadir un inciso G a la
Regla 12 de las Reglas para
la Administración del Tribunal
de Primera Instancia de Puerto
Rico de 30 de junio de 1999

RESOLUCION

San Juan, Puerto Rico a 16 de junio de 2000

Previa recomendación de la Directora Administrativa de los Tribunales, se añade un inciso G a la Regla 12 de las Reglas para la Administración del Tribunal de Primera Instancia de 30 de junio de 1999.

"Regla 12. Secciones; Días y Horas de Labor

A. ...

B. ...

C. ...

D. ...

E. ...

F. ...

G. Las funciones de investigación fuera del horario regular de trabajo se atenderán en el horario de los salones de investigaciones de las Regiones Judiciales hasta la hora de cierre de las mismas. Luego de dicha hora y en las Regiones donde no hubiere salones de investigación, dichas funciones serán atendidas por jueces de turno. Todo turno tiene que realizarse dentro de la

Región Judicial a la que el juez está asignado. Durante dicho turno:

1. El juez atenderá la solicitud del fiscal de turno respecto al caso a ser sometido. De considerarlo necesario, el juez podrá requerir la presencia del fiscal.

2. El fiscal hará llegar al juez la boleta, ya sea de noche o día de la intervención, con el policía.

3. El juez consignará en la denuncia el nombre del fiscal que lo llamó para someter el caso.

El Director Administrativo o la Directora Administrativa de los Tribunales emitirá unas normas sobre Sistemas de Turnos en las Regiones.

Esta Resolución tendrá vigencia inmediata.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.


Isabel Llompart Zeno
Secretaria del Tribunal Supremo